**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

**EXHIBIT C**

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 04-46342
Case Name: 04-46342 ABG
MOYA, LAURA

Taxpayer ID #: 13-7445856
Period Ending: 12/18/07

Trustee: JOHN E. GIERUM (520171)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-****83-65 - Money Market Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/07/05 | {11} | Shaw & Foley, L.L.C. | | 1242-000 | 15,000.00 | | 15,000.00 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 3.31 | | 15,003.31 |
| 04/14/05 | {12} | Vince Gawerecki | | 1129-000 | 17,000.00 | | 32,003.31 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 6.43 | | 32,009.74 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 9.52 | | 32,019.26 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 10.22 | | 32,029.48 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 11.10 | | 32,040.58 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 12.25 | | 32,052.83 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 12.60 | | 32,065.43 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 13.93 | | 32,079.36 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 14.50 | | 32,093.86 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.05 | | 32,109.91 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 18.08 | | 32,127.99 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 17.26 | | 32,145.25 |
| 03/09/06 | | To Account #********8366 | Bond Reimbursement | 9999-000 | | 24.55 | 32,120.70 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 19.11 | | 32,139.81 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.35 | | 32,160.16 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.86 | | 32,182.02 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.17 | | 32,203.19 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.89 | | 32,225.08 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.90 | | 32,246.98 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.49 | | 32,267.47 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.62 | | 32,290.09 |
| 11/28/06 | | To Account #********8366 | TRANSFER OF FUNDS | 9999-000 | | 2,280.86 | 30,009.23 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 21.07 | | 30,030.30 |
| | | | Subtotals : | | $32,335.71 | $2,305.41 | |

{} Asset reference(s)

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-46342 ABG |
|---|---|
| Case Name: | MOYA, LAURA |
| Taxpayer ID #: | 13-7445856 |
| Period Ending: | 12/18/07 |

| Trustee: | JOHN E. GIERUM (520171) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***_*****83-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.08 | | 30,049.38 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.03 | | 30,069.41 |
| 02/16/07 | | To Account #********8366 | Bond Reimbursement | 9999-000 | | 27.35 | 30,042.06 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.98 | | 30,057.04 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.05 | | 30,073.09 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.59 | | 30,089.68 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.60 | | 30,106.28 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.54 | | 30,121.82 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.15 | | 30,138.97 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.63 | | 30,155.60 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.02 | | 30,170.62 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.72 | | 30,188.34 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 15.70 | | 30,204.04 |
| 12/18/07 | | To Account #********8366 | SURPLUS TO DEBTOR | 9999-000 | | 10,000.00 | 20,204.04 |

|  | | Receipts | Disbursements |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 32,536.80 | 12,332.76 | $20,204.04 |
| Less: Bank Transfers | | 0.00 | 12,332.76 |
| **Subtotal** | | 32,536.80 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | $32,536.80 | $0.00 |

{} Asset reference(s)

## Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 04-46342 ABG |
| **Case Name:** | MOYA, LAURA |
| **Taxpayer ID #:** | 13-7445856 |
| **Period Ending:** | 12/18/07 |

| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****83-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/09/06 | | From Account #*******8365 | Bond Reimbursement | 9999-000 | 24.55 | | 24.55 |
| 03/09/06 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2006 FOR CASE #04-46342, Bond Reimbursement (Bond #016026455) | 2300-000 | | 24.55 | 0.00 |
| 11/28/06 | | From Account #*******8365 | TRANSFER OF FUNDS | 9999-000 | 2,280.86 | | 2,280.86 |
| 11/28/06 | 102 | Condell Medical Center | Secured Creditor - lien on PI proceeds | 4220-000 | | 2,280.86 | 0.00 |
| 02/16/07 | | From Account #*******8365 | Bond Reimbursement | 9999-000 | 27.35 | | 27.35 |
| 02/16/07 | 103 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/07 for Case #04-46342 | 2300-000 | | 27.35 | 0.00 |
| 12/18/07 | | From Account #*******8365 | SURPLUS TO DEBTOR | 9999-000 | 10,000.00 | | 10,000.00 |
| 12/18/07 | 104 | Laura Moya | PARTIAL DISTRIBUTION SURPLUS TO DEBTOR | 8200-002 | | 10,000.00 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ACCOUNT TOTALS** | | | | | **12,332.76** | **12,332.76** | **$0.00** |
| | Less: Bank Transfers | | | | 12,332.76 | 0.00 | |
| **Subtotal** | | | | | 0.00 | 12,332.76 | |
| | Less: Payments to Debtors | | | | | 10,000.00 | |
| **NET Receipts / Disbursements** | | | | | **$0.00** | **$2,332.76** | |

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 04-46342 ABG | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | MOYA, LAURA | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****83-66 - Checking Account |
| Taxpayer ID #: | 13-7445856 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/18/07 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-*****83-65 | 32,536.80 | 0.00 | 20,204.04 |
| Checking # ***-*****83-66 | 0.00 | 2,332.76 | 0.00 |
| | $32,536.80 | $2,332.76 | $20,204.04 |