**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| MOYA, LAURA | ) | |
| | ) | CASE NO. 04-46342 ABG |
| | ) | |
| | ) | JUDGE A. Benjamin Goldgar |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  U.S. BANKRUPTCY COURT
         Room A206,
         Lake County Courthouse
         18 N. County Street
         Waukegan, IL 60085

    on:  **February 22, 2008**
    at:  **1:30 p.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                                    $         32,521.10

    b. Disbursements                               $         12,332.76

    c. Net Cash Available for Distribution         $         30,188.34

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee John E. Gierum | $ 0.00 | $ 866.02 | $ |

| | | | |
|---|---|---|---|
| Trustee John E. Gierum | $ 0.00 | $ | $ 51.90 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $975.89, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | ECast Settlement | 975.89 | 1016.07* |
| | * interest included | | |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing: real estate, cash and bank deposits, household goods, books, clothing, costume jewelry, 401(k), tax refund, 2000 Malibu and 2001 Windstar.

Dated:   **January 18, 2008**          For the Court,

                              By:  **KENNETH S. GARDNER**
                                    Kenneth S. Gardner
                                    Clerk of the United States Bankruptcy Court
                                    219 S. Dearborn Street, 7th Floor
                                    Chicago, IL  60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

6342   Doc 44   Filed 01/18/08   Entered 01/28/08 17:09:53   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1         Date Rcvd: Jan 18, 2008
Case: 04-46342                Form ID: pdf002          Total Served: 23

The following entities were served by first class mail on Jan 20, 2008.
db           +Laura Moya,    934 Millstone Drive,    Lake Villa, IL 60046-5928
aty          +Gary N Foley,    Shaw & Foley LLC,    33 N County St Ste 302,    Waukegan, IL 60085-4322
tr           +John E Gierum,    John E Gierum,    Gierum & Mantas,    9700 Higgins Road,    Suite 1015,
               Rosemont, IL 60018-4712
8780701       Accounts Receivable Mg,    155 Mid Atlantic Parkway,    Thorofare, NJ 08086
8780702      +Bank One,    111 Monument Circle,    Indianapolis, IN 46277-0001
8780703      +Bp/Citi,    Po Box 15687,    Wilmington, DE 19850-5687
8780704      +Capital One Fsb,    11013 W Broad St,    Glen Allen, VA 23060-5937
8780705      +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
8780706      +Certified Services Inc,    1733 Washington St Ste 2,    Waukegan, IL 60085-5192
8780709      +Chase,    Po Box 901008,    Fort Worth, TX 76101-2008
9090393      +Condell Medical Center,    755 S Milwaukee Suite 127,    Libertyville, IL 60048-3267
8780710      +Consumer Credit Counseling Srvs,    400 Russel Court,    PO Box 885,    Woodstock, IL 60098-0885
8780711      +Credit Management Cont,    2707 Rapids Dr,    Racine, WI 53404-1743
8780713      +Finance Systems,    301 N Jackson,    Green Bay, WI 54301-4938
8780714      +Ford Cred,    Po Box Box 542000,    Omaha, NE 68154-8000
8780715       Hhld Bank,    Po Box 98706,    Las Vegas, NV 89193
9090394      +Humana Employer's Health,    1100 Employers Blvd,    Green Bay, WI 54344-0001
8780716      +Malcom S Gerald & Assoc,    332 S Michigan Ave,    Chicago, IL 60604-4434
8780722      +Mhfs,    10200 W Innovation Dr St,    Milwaukee, WI 53226-4825
8780723      +Ocwen Federal Bank/Qc,    12650 Ingenuity Dr,    Orlando, FL 32826-2717
8780724      +Sacor Systems Coll Agc,    2175 West Oneida,    Joliet, IL 60435-6560
9317255       eCAST Settlement Corporation, assignee of,    Household Bank and its Assigns,    P.O. Box 35480,
               Newark, NJ  07193-5480

The following entities were served by electronic transmission on Jan 19, 2008.
8780725      +E-mail/Text: resurgentbknotifications@resurgent.com                          Sherman Acquisition,
               Po Box 740281,    Houston, TX 77274-0281
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8780707*     +Certified Services Inc,    1733 Washington St Ste 2,    Waukegan, IL 60085-5192
8780708*     +Certified Services Inc,    1733 Washington St Ste 2,    Waukegan, IL 60085-5192
8780712*     +Credit Management Cont,    2707 Rapids Dr,    Racine, WI 53404-1743
8780717*     +Malcom S Gerald & Assoc,    332 S Michigan Ave,    Chicago, IL 60604-4434
8780718*     +Malcom S Gerald & Assoc,    332 S Michigan Ave,    Chicago, IL 60604-4434
8780719*     +Malcom S Gerald & Assoc,    332 S Michigan Ave,    Chicago, IL 60604-4434
8780720*     +Malcom S Gerald & Assoc,    332 S Michigan Ave,    Chicago, IL 60604-4434
8780721*     +Malcom S Gerald & Assoc,    332 S Michigan Ave,    Chicago, IL 60604-4434
                                                                                          TOTALS: 0, * 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 20, 2008                    Signature: _Joseph Speetjens_